**Order entered February 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00042-CV

**SILTEK GROUP TEXAS, LLC, SILTEK GROUP, INC., RENE SIERRA, AND ANA SIERRA, Appellants**

**V.**

**A&A LANDSCAPE & IRRIGATION LP, AND A&A LANDSCAPE & IRRIGATION GP, INC., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11564**

## ORDER

Before the Court is court reporter Antionette Reagor's February 5, 2017 motion for an extension of time to file the reporter's record. We **GRANT** the motion.

We **ORDER** Ms. Reagor to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE